# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>David Allen Tate<br>Date of Previous Judgment: 6/25/07<br>(Use Date of Last Amended Judgment if Applicable) | Case No: 1:06CR25-1<br>USM No: 21686-058<br>Tanzania C. Cannon-Eckerle<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __110__ months **is reduced to** __88 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __28__  Amended Offense Level: __26__
Criminal History Category: __III__  Criminal History Category: __III__
Previous Guideline Range: __97__ to __120__ months  Amended Guideline Range: __78__ to __97__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated __6/25/07__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __August 27, 2008__

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge